UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIVEN HARRIS,<br><br>                              Plaintiff,<br>                -against-<br><br>ERIC ADAMS, Mayor of New York City, et al.,<br><br>                              Defendants. | 1:23-CV-8427 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated October 20, 2023, the Court granted Plaintiff 60 days to either notify the court, in writing, as to: (1) his current mailing address; or (2) whether he consents to electronic service of court documents. The Court warned Plaintiff that if he did not comply with that order within the time allowed, the Court would dismiss this action without prejudice. Plaintiff has not complied with the Court's October 20, 2023 order. The Court therefore dismisses this action without prejudice. *See* Fed. R. Civ. P. 41(b).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter a judgment dismissing this action without prejudice.

SO ORDERED.

Dated:   January 26, 2024
             New York, New York

                                                                /s/ Laura Taylor Swain
                                                                LAURA TAYLOR SWAIN
                                                                Chief United States District Judge